■ In the Matter of ROBERT DILLINGHAM et al., on Behalf of Their Parents, Robert Dillingham and Constance Dillingham, Petitioners, v ABE LAVINE, as Commissioner of Social Services of the State of New York, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of respondent Commissioner of the Department of Social Services of the State of New York, dated October 31, 1974, made after a statutory fair hearing, which affirmed a determination of respondent Commissioner of the Department of Social Services of the County of Suffolk, denying petitioners' application for medical assistance for nursing home care for their elderly parents. Determinations annulled, on the law, without costs, and petitioners' application for medical assistance for their parents is granted, retroactive to July 19, 1974. Petitioners' parents are entitled to medical assistance based upon their prior relationship with New York State and their renewed residence in the State *(Matter of Corr v Westchester County Dept. of Social Servs.,* 33 NY2d 111). The *amicus curiae* brief has not been considered by this court. Latham, Acting P. J., Cohalan, Christ, Munder and Shapiro, JJ., concur.

■ In the Matter of JOSEPH G. RAMSAY, III. MARIA G. RAMSAY, Appellant; JOSEPH G. RAMSAY, III, et al., Respondents.—Judgment of the Supreme Court, Westchester County, dated April 24, 1974 and entered in Rockland County, affirmed, without costs. No opinion. Since the letter and affidavit set forth in pages 4 to 9, inclusive, of appellant's reply brief are not contained in the record, on the court's own motion said letter and affidavit are hereby s'ricken. Gulotta, P. J., Rabin, Martuscello, Latham and Christ, JJ., concur.